### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

RODNEY EUGENE WESTON                                                                    PETITIONER
ADC # 132833

V.                                       5:11-CV-00270-JMM-JJV

RAY HOBBS, Director,                                                                    RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Weston's § 2254 Petition (Doc. No. 1) is DISMISSED WITH PREJUDICE and that the requested relief is DENIED.

SO ORDERED this 25th day of January, 2012.


                                                               _____
                                                               JAMES M. MOODY
                                                               UNITED STATES DISTRICT JUDGE