# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RODNEY EUGENE WESTON                                                                                   PETITIONER
ADC # 132833

V.                                     5:11-CV-00270-JMM-JJV

RAY HOBBS, Director,                                                                                   RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 25th day of January, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE